**No. 09-708. St. Luke's of the Mountains Anglican Church in La Crescenta, et al., Petitioners v. Episcopal Church, et al.**

559 U.S. 971, 130 S. Ct. 1690, 176 L. Ed. 2d 181, 2010 U.S. LEXIS 2015.

March 1, 2010. Petition for writ of certiorari to the Court of Appeal of California, Fourth Appellate District, Division One, denied.

Same case below, 175 Cal. App. 4th 663, 96 Cal. Rptr. 3d 346.

**No. 09-712. Ingrid Felderhof, Petitioner v. Jenkins & Gilchrist, P.C., et al.**

559 U.S. 971, 130 S. Ct. 1690, 176 L. Ed. 2d 181, 2010 U.S. LEXIS 2106.

March 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 331 Fed. Appx. 293.

**No. 09-713. Joseph Alan Woodring, Petitioner v. Michigan.**

559 U.S. 971, 130 S. Ct. 1690, 176 L. Ed. 2d 181, 2010 U.S. LEXIS 2148.

March 1, 2010. Petition for writ of certiorari to the Circuit Court of Michigan, Muskegon County, denied.

**No. 09-715. William Smith, Petitioner v. Alvin Friedman, et al.**

559 U.S. 971, 130 S. Ct. 1690, 176 L. Ed. 2d 181, 2010 U.S. LEXIS 2052,

March 1, 2010. Petition for writ of certiorari to the Court of Special Appeals of Maryland denied.

Same case below, 168 Md. App. 767, 168 Md. App. 777.

**No. 09-720. Ora Myrtle Ransford, et al., Petitioners v. Griffin Wheel Company, Inc.**

559 U.S. 971, 130 S. Ct. 1691, 176 L. Ed. 2d 181, 2010 U.S. LEXIS 2095.

March 1, 2010. Petition for writ of certiorari to the Court of Appeal of California, First Appellate District, denied.

**No. 09-722. Harold Green, Petitioner v. Cleary Water, Sewer and Fire District.**

559 U.S. 971, 130 S. Ct. 1691, 176 L. Ed. 2d 181, 2010 U.S. LEXIS 2154.

March 1, 2010. Petition for writ of certiorari to the Supreme Court of Mississippi denied.

Same case below, 17 So. 3d 559.

**No. 09-735. Jon D. Alexander, Petitioner v. Charles E. Smith, Jr., et al.**

559 U.S. 971, 130 S. Ct. 1691, 176 L. Ed. 2d 181, 2010 U.S. LEXIS 2007,

March 1, 2010. Petition for writ of certiorari to the Supreme Court of Virginia denied.

**No. 09-738. John Philipps, Petitioner v. City of Oakland, California, et al.**

559 U.S. 971, 130 S. Ct. 1691, 176 L. Ed. 2d 181, 2010 U.S. LEXIS 2126.

March 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 311 Fed. Appx. 14.